### 12878.   FULFORD *v.* CHESTER.

HILL, J.  The undisputed evidence shows a violation by the defendant of § 227 of the Penal Code (1910).  Besides, the fire which burned the neighbor's property was set out by the defendant against the neighbor's protest and while a dangerous wind was blowing.  All the evidence shows unquestionable negligence on his part in so doing.  No error of law is complained of, and the verdict was demanded by the evidence.

> *Judgment affirmed.   Jenkins, P. J., and Stephens, J., concur.*
> DECIDED MARCH 20, 1922.

Action for damages; from city court of Wrightsville — Judge Kent presiding.  August 29, 1921.

*A. L. Hatcher,* for plaintiff in error.  *E. L. Stephens,* contra.